**BRYAN CAVE LLP**
Jonathan S. Pink, California Bar No. 179685
Trevor J. Allen, California Bar No. 272102
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone:  (949) 223-7000
Facsimile:   (949) 223-7100

Attorneys for Plaintiffs
GUIDEPOSTS A CHURCH CORPORATION, a New York religious corporation; and RETAIL PRODUCTS, LLC d/b/a "Ideals Publication, a Division of Guideposts"

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUIDEPOSTS A CHURCH CORPORATION, a New York religious corporation, and RETAIL PRODUCTS, LLC, a Delaware limited liability company, d/b/a "Ideals Publication, a Division of Guideposts,"<br><br>Plaintiff,<br><br>vs.<br><br>SMART KID'S PUBLISHING, INC., a California corporation, dba Smart Kids Publishing, Inc.; SMART KIDZ MEDIA, INC., a Nevada corporation, dba Smart Kids Media, Inc.; JOHN A CHRISTIANSON, an individual; and RONALD BERRY, an individual<br><br>Defendants. | Case No. 12-CV-2062 H (NFLS)<br><br>**GUIDEPOSTS A CHURCH CORPORATION and RETAIL PRODUCTS, LLC's ANSWER TO COUNTER-CLAIM OF SMART KID'S PUBLISHING, INC.** |

IR01DOCS\580257.1

Plaintiffs GUIDEPOSTS A CHURCH CORPORATION ("Guideposts") and RETAIL PRODUCTS, LLC d/b/a "Ideals Publication, a Division of Guideposts" ("Ideals") (collectively, "Plaintiffs") answers the Counter-claim of Defendant Smart Kid's Publishing, Inc. ("SKP"), and each of the numbered paragraphs thereto, as follows:

1. Plaintiffs admit that RETAIL PRODUCTS, LLC d/b/a "Ideals Publication, a Division of Guideposts," is a division of Guideposts, but denies the remaining allegations of paragraph 22.

2. Plaintiffs admit that Guideposts began discussing the proposed contract with SKP, but denies that Guidepost solicited SKP through all of its directors, officers, employees and agents, including those of its Division IDEALS. Plaintiffs admit the remaining allegations of paragraph 23.

3. Plaintiffs deny the allegations of paragraph 24.

4. Plaintiffs deny the allegations that SKP relied on any representations, but admit the remaining allegations of paragraph 25.

5. Plaintiffs admit that the June 1, 2010 contract partially amended the original contract and provided, among other things, that Guideposts would not directly compete or indirectly be involved in producing or developing products identical to any product purchased from SKP under the agreements. Plaintiffs deny the remaining allegations of paragraph 26.

6. Plaintiffs deny the allegations of paragraph 27.

7. Plaintiffs deny the allegations of paragraph 28.

8. Plaintiffs deny the allegations of paragraph 29.

## FIRST COUNTER-CLAIM
### (Breach of Contract)

9. Plaintiffs deny the allegations of paragraph 30.

**PLAINTIFFS' ANSWER TO DEFENDANTS' COUNTER-CLAIM OF SMART KID'S PUBLISHING, INC.**

IR01DOCS\580257.1

## SECOND COUNTER-CLAIM

### (Promise Made Without Intent to Perform)

10. Plaintiffs deny the allegations of paragraph 31.

## THIRD COUNTER-CLAIM

### (Breach of Covenant of Good Faith and Fair Dealing)

11. Plaintiffs admit the allegations of paragraph 32.

12. Plaintiffs deny the allegations of paragraph 33.

## FOURTH COUNTER-CLAIM

### (Fraud)

13. Plaintiffs deny the allegations of paragraph 34.

## FIFTH COUNTER-CLAIM

### (Misappropriation of Trade Secrets)

14. Plaintiffs are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 35, and therefore deny the same.

15. Plaintiffs are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 36, and therefore deny the same.

16. Plaintiffs admit that the subject contract contained a confidentiality provision in which the parties promised to keep confidential certain shared information. Plaintiffs deny the remaining allegations set forth in paragraph 37.

17. Plaintiffs are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 38, and therefore deny the same.

18. Plaintiffs deny the allegations of paragraph 39.

19. Plaintiffs deny the allegations of paragraph 40.

## SIXTH COUNTER-CLAIM

### (Conversion)

20. Plaintiffs deny the allegations of paragraph 41.

**PLAINTIFFS' ANSWER TO DEFENDANTS' COUNTER-CLAIM OF SMART KID'S PUBLISHING, INC.**

IR01DOCS\580257.1

## AFFIRMATIVE DEFENSES

### First Affirmative Defense – Failure to State a Claim

The Counter-claim fails to state a claim upon which relief can be granted.

### Second Affirmative Defense - Laches

The Counter-claimant's claims are barred by the doctrine of laches.

### Third Affirmative Defense - Ratification

Counter- claimant ratified the conduct complained of herein by, among other things, entering in to the June 1, 2010 amendment.

### Fourth Affirmative Defense – Statute of Limitations

Counter- claimant's claims are barred by the statute of limitations.

### FifthAffirmative Defense – Payment

Plaintiff has paid Counter- claimant all monies owed.

Dated:  October 9, 2012

**BRYAN CAVE LLP**
Jonathan S. Pink
Trevor J. Allen


By: */s/ Jonathan S. Pink*
        Jonathan S. Pink
Attorneys for Plaintiffs
GUIDEPOSTS A CHURCH CORPORATION, a New York religious corporation; RETAIL PRODUCTS, LLC, a Delaware limited liability company, d/b/a "Ideals Publication, a Division of Guideposts"

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

## DEMAND FOR JURY TRIAL

Counter-defendants GUIDEPOSTS A CHURCH CORPORATION, a New York religious corporation, and RETAIL PRODUCTS, LLC, a Delaware limited liability company, hereby demands trial by jury in this action.

Dated: October 9, 2012

**BRYAN CAVE LLP**
Jonathan S. Pink
Trevor J. Allen


By: */s/ Jonathan S. Pink*
Jonathan S. Pink
Attorneys for Plaintiffs
GUIDEPOSTS A CHURCH CORPORATION, a New York religious corporation; RETAIL PRODUCTS, LLC, a Delaware limited liability company, d/b/a "Ideals Publication, a Division of Guideposts"

4

PLAINTIFFS' ANSWER TO DEFENDANTS' COUNTER-CLAIM OF SMART KID'S PUBLISHING, INC.

IR01DOCS\580257.1

## PROOF OF SERVICE
## CCP 1013A(3) REVISED 5/1/88

*Guideposts v. Smart Kid's Publishing, Inc., et al.*
Case No. 12-cv-02062-H-NLS

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414. My email address is: elaine.hellwig@bryancave.com.

On October 9, 2012, I served the foregoing document(s) described as:

**GUIDEPOSTS A CHURCH CORPORATION and RETAIL PRODUCTS, LLC's ANSWER TO COUNTER-CLAIM OF SMART KID'S PUBLISHING, INC.**

on all interested parties in this action by placing ☒ a true copy ☐ the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Dennis F. Donovan<br>4047 Pala Mesa Oaks Drive<br>Fallbrook, CA 92028 | Attorneys for SMART KID'S PUBLISHING, INC.; SMART KIDZ MEDIA, INC.; JOHN A. CHRISTIANSON; RONALD BERRY<br>Phone: 760-728-6568<br>Fax:<br>Email: Donovan.law@roadrunner.com |

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

☒ **BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 9, 2012, at Irvine, California.

Elaine Hellwig

PROOF OF SERVICE